O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARRILLO,<br><br>               Petitioner,<br><br>   vs.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>               Respondent. | CASE NO. CV 09-05173 SVW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 16, 2011

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE