O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CARRILLO,<br><br>            Petitioner,<br><br>    vs.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>            Respondent. | CASE NO. CV 09-05173 SVW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of FRANK CARRILLO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, the Motion to Dismiss is denied as moot and the action is dismissed with prejudice.

DATED: February 16, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE